UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINWOOD BELLE,

          Petitioner,

  vs.

UNITED STATES OF AMERICA,

          Respondent.

                                                                 /

No. C 09-2685 PJH (PR)

**ORDER OF DISMISSAL**

      This case was opened when petitioner filed a form for motions pursuant to 28 U.S.C. § 2255. Such motions are the equivalent of habeas petitions for federal convictions. Petitioner says in the petition that the conviction he seeks to challenge was in state court, however, so a section 2255 motion would not be appropriate. The petition will be treated as being pursuant to 28 U.S.C. § 2254, that is, a habeas petition attacking a state court conviction.

      Petitioner has had a previous case attacking the same judgment. *See Belle v. Banks*, 03-2564 PJH (PR). That case was dismissed as untimely in an order entered on July 10, 2006. The court denied a certificate of appealability, as did the United States Court of Appeals for the Ninth Circuit. This thus is a second or successive petition.

      A habeas petitioner may not file a second or successive petition unless he or she first obtains from the appropriate United States Court of Appeals an order authorizing the filing. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is **DISMISSED** without prejudice to filing a new petition if petitioner obtains the necessary order. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: June 22, 2009.

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\HC.09\BELLE2685.DSM-2d.wpd